UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **5:26-cv-03274-MWC-ACCV** | | Date: | July 2, 2026 |
|---|---|---|---|---|
| Title: | ***Omar Sandoval Guimac v. Desert View Facility*** | | | |

Present: The Honorable **Angela C. C. Viramontes, United States Magistrate Judge**

| D. Castellanos | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings (IN CHAMBERS):  ORDER REFERRING CASE TO THE FEDERAL PUBLIC DEFENDER TO CONSIDER APPOINTMENT OF COUNSEL**

On June 12, 2026, pro se Petitioner Omar Sandoval Guimac ("Petitioner") filed a Petition for a Writ of Habeas Corpus ("Petition") under 28 U.S.C. § 2241.  (Dkt. 1.)

There is no absolute right to appointment of counsel in habeas proceedings.  *Nevius v. Sumner*, 105 F.3d 453, 460 (9th Cir. 1996).  Appointment of counsel may be authorized at any stage of the proceedings, however, if "the interests of justice so require[.]"  18 U.S.C. § 3006A(a)(2).  The decision of whether to appoint counsel in a habeas proceeding turns on a petitioner's ability to articulate his claims pro se in light of the complexity of the legal issues involved and his likelihood of success on the merits.  *See Weygandt v. Look*, 718 F.2d 952, 954 (9th Cir. 1983).

The Court, *sua sponte*, finds the *Weygandt* factors sufficiently support the appointment of counsel to represent Petitioner. The office of the Federal Public Defender for the Central District of California ("FPD") has indicated that it will accept appointments to represent pro se petitioners in immigration-related habeas corpus proceedings such as this one. Accordingly, the Court **REFERS** this case to the FPD for consideration of appointment of counsel for Petitioner. The FPD is **ORDERED** to file a response by **July 9, 2026**, indicating whether the FPD will represent Petitioner in this matter. This obligation shall be satisfied if the FPD files a notice of appearance in this case. The Clerk of Court is **DIRECTED** to serve a copy of this order and a copy of the Petition on the FPD.  **IT IS SO ORDERED.**

cc: FPD [cac_appointments@fd.org, Jonathan_Aminoff@fd.org]

---