**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

OMAR SANDOVAL GUIMAC,

Petitioner,

v.

DESERT VIEW FACILITY,

Respondent.

Case No. 5:26-cv-03274-MWC-ACCV

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the parties' briefing, the relevant records on file, and the Report and Recommendation of the United States Magistrate Judge. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that (1) Judgment be entered GRANTING the Petition; (2) a writ of habeas corpus is issued requiring Respondent release Petitioner Omar Sandoval Guimac (A# 246-252-502) immediately; (3) Respondent must return all property to Petitioner that was confiscated from him when he was arrested and processed into detention; (4) Respondent must file a status report within three court

/ / /

/ / /

days of this order confirming its compliance with the Court's order; and (5) any future enforcement actions after Petitioner's release must comply with Due Process requirements.

DATED: September 1, 2026

HON. MICHELLE WILLIAMS COURT
United States District Judge