JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

OMAR SANDOVAL GUIMAC,

Petitioner,

v.

DESERT VIEW FACILITY,

Respondent.

Case No. 5:26-cv-03274-MWC-ACCV

**JUDGMENT**

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the petition under 28 U.S.C. § 2241 is granted in part, with no further proceedings, consistent with the reasons and findings set forth in the August 24, 2026 Report and Recommendation of United States Magistrate Judge. (Dkt. 17.)

DATED: September 1, 2026

HON. MICHELLE WILLIAMS COURT
United States District Judge